## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:25-cr-00186-SDN |
| JEREMY GRIGNON | |

## **DECLARATION**

    I, Kimberley P. Woodward, declare as follows:

    1. I am a Paralegal Specialist in the office of the United States Attorney for the District of Maine. My duties include assisting the United States Attorney and Assistant U.S. Attorneys with asset forfeiture cases. In connection with my duties as such, I have custody and control of certain records relating to this case. My knowledge of the facts stated below is derived from these records which are kept in the ordinary course of business and from my personal knowledge.

    2. Between January 17, 2026, and February 15, 2026, I caused to be published, pursuant to the provisions of Rules C and G(4)(a)(iii) of the Supplemental Rules of Certain Admiralty and Maritime Claims, public notice on the official government website www.forfeiture.gov announcing that the United States was pursuing a criminal forfeiture action against the above-entitled defendant; that forfeiture is being sought; and that anyone wishing to assert a legal interest in said property should file a claim with this Court. A copy of said Notice of Forfeiture and Advertisement Certification Report are attached hereto, as Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at Portland, Maine this 13th day of March, 2026.

ANDREW B. BENSON
United States Attorney

*/s/ Kimberley P. Woodward*
Kimberley P. Woodward
Paralegal Specialist
U.S. Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 771-3236
Kim.woodward@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 13, 2026, I caused the foregoing Advertising Declaration to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to the individuals and entities who have entered appearances in this case, pursuant to the Court's ECF system.

   ANDREW B. BENSON
   United States Attorney

   */s/ Kimberley P. Woodward*
   Kimberley P. Woodward
   Paralegal Specialist
   United States Attorney's Office
   100 Middle Street
   Portland, Maine 04101
   (207) 771-3236
   Kim.woodward@usdoj.gov